# CHRISTIAN H. DRIBUSCH
### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING  
FIVE CLINTON SQUARE  
ALBANY NY 12207

(518) 436-1662

Fax: (518) 432-1996  
EMAIL: CDRIBUSCH@NYCAP.RR.COM

JANUARY 11, 2010

Re:  In re RUSSO, ANTHONY A., JR.  
     RUSSO, BARBARA L.  
     Case No. 06-13449-REL-7  
     Debtor(s) Social Security Number(s)- Last 4 digits  
     Debtor SSN: xxx-xx-3347   Joint Debtor SSN: xxx-xx-9609

Dear Recovery Management Systems Corporation,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 2 | 646.94 | 646.94 | Total Payment - This Distribution: 646.94 |



Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch  
Christian H. Dribusch, Trustee

Recovery Management Systems Corporation  
Recovery Management Systems Corporation  
For GE Money Bank  
25 SE 2nd Ave Ste 1120  
dba Wal-Mart Consumer

1/11/2010 8:06:59 AM